# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

'12 MAR 15 P3:57

FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.  **CRIMINAL COMPLAINT**

**BALTAZAR INSUNZA-ALACARAZ**

CASE NUMBER: 5:12mJ-73-K

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about and between October 3, 2011, and March 15, 2012, in McCracken County, Kentucky, in the Western District of Kentucky, the above-named defendant did conspire to knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent of the United States Drug Enforcement Administration and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

_____ 3/15/12
Signature of Complainant

Subscribed and sworn to before me by Special Agent Joseph A. Tokarz Jr., Drug Enforcement Administration, in my presence, on this the 15th day of March, 2012, in Paducah, Kentucky.

_____
LANNY KING
UNITED STATES MAGISTRATE JUDGE